Douglas V. Thornton, Bar # 154956
PERKINS, MANN & EVERETT
Incorporated
7815 North Palm Avenue, Suite 200
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorney for: FREDDY JOE RABER, PAMELA D. RABER and JEREMY B. RABER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JEAN-MARC LANDAU and JENNIFER HAMMOND LANDAU,<br><br>　　　　Debtors.<br><br>FREDDY JOE RABER,<br>PAMELA D. RABER, and<br>JEREMY B. RABER,<br><br>　　　　Plaintiffs,<br><br>Vs.<br><br>JEAN-MARC LANDAU,<br><br>　　　　Defendant. | Case No.: 10-33616 TEC7<br><br>Chapter 7<br><br>Adv. Proc. No. 10-3273<br><br>Date:　April 30, 2013<br>Time:　10:00 a.m.<br>Ctrm:　Hon. Hannah L. Blumenstiel<br>　　　　235 Pine Street<br>　　　　San Francisco<br><br>**PLAINTIFFS' EXHIBIT LIST** |

TO THE HONORABLE HANNAH L. BLUMENSTIEL, UNITED STATES BANKRUPTCY JUDGE:

Plaintiffs, FREEDY JOE RABER, PAMELA D. RABER, and JEREMY B. RABER ("**Plaintiffs**"), may offer the following exhibits into evidence at the trial of this action:

| 1 | Loren D. Olson 2003 Tax Return | 2003 |
|---|---|---|
| 2 | Loren D. Olson 2004 Tax Return | 2004 |
| 3 | Promissory Note Secured by Deed of Trust for $35,000 | 2/21/05 |
| 4 | Promissory Note Secured by Deed of Trust for $240,000 | 2/24/05 |
| 5 | Uniform Residential Loan Application | 7/19/05 |

| | | | |
|---|---|---|---|
| 1 | 6 | Loren Olson Credit Report | 8/1/05 |
| | 7 | Letter from Jean-Marc Landau on Arc Funding letterhead | 9/6/05 |
| 2 | 8 | Letter from Jean-Marc Landau on Arc Funding letterhead | 9/8/05 |
| | 9 | Final Settlement Statement | 9/10/05 |
| 3 | 10 | Series of E-mails | 9/26/05 |
| 4 | 11 | Fax cover sheet from Loren Olson, dated 9/28/2005, with multiple documents attached | 9/28/05 |
| 5 | 12 | Loren Olson Credit Report | 8/1/05 |
| | 13 | Document from Blair, Church & Flynn Consulting Engineers | 9/29/05 |
| 6 | 14 | Promissory Note for $1,650,000 | 10/7/05 |
| 7 | 15 | Roza Real Estate Loans, Inc. Commercial Mortgage Loan Commitment | 10/7/05 |
| 8 | 16 | Document signed by Loren Olson, Roza Real Estate Loans, Inc, and Jean-Marc Landau | 10/12/05 |
| 9 | 17 | Escrow Instructions | 10/14/05 |
| 10 | 18 | Sale Escrow Instructions | 10/31/05 |
| 11 | 19 | Notice of Returned Deposited Item (Loren Olson Check to Fidelity Title in the amount of $10,000 | 12/28/05 |
| 12 | 20 | Appraisal of 10245 E. Bullard, Clovis, CA 93619 | 3/14/06 |
| | 21 | Deed of Trust | 3/24/06 |
| 13 | 22 | Promissory Note Secured by Deed of Trust $240,000 | 3/24/06 |
| 14 | 23 | Promissory Note Secured by Deed of Trust $150,000 | 3/24/06 |
| | 24 | Promissory Note Secured by Deed of Trust $54,045 | 3/24/06 |
| 15 | 25 | Offer to Purchase Real Estate | 3/28/06 |
| 16 | 26 | Appraisal of 10245 E. Bullard Ave, Clovis, CA | 4/3/06 |
| | 27 | Letter from Jean-Marc Landau on Arc Funding letterhead | 4/9/06 |
| 17 | 28 | Loren Olson Credit Report | 4/10/06 |
| | 29 | Recorded Deed of Trust | 4/21/06 |
| 18 | 30 | Letter from Jean-Marc Landau on Arc Funding letterhead | 4/28/06 |
| 19 | 31 | Email from Eva Roza to Jean Marc Landau | 5/3/06 |
| | 32 | Email from Yolanda Leamon to Eva Roza | 5/22/06 |
| 20 | 33 | Email from Eva Roza to Jean Marc Landau | 5/22/06 |
| 21 | 34 | Letter from Jean-Marc Landau on Arc Funding letterhead | 5/23/06 |
| | 35 | Addition and/or Amendment to Escrow Instructions | 5/23/06 |
| 22 | 36 | Installment Note | 5/24/06 |
| 23 | 37 | Addition and/or Amendment to Escrow Instructions | 5/24/06 |
| | 38 | Seller Estimated Closing Statement | 5/25/06 |
| 24 | 39 | Buyers Estimated Closing Statement | 5/25/06 |
| | 40 | Settlement Statement | 5/26/06 |
| 25 | 41 | Recorded Short Form Deed of Trust and Assignment of Rents | 5/26/06 |
| 26 | 42 | Recorded Short Form Deed of Trust and Assignment of Rents | 5/26/06 |
| | 43 | Fax transmission from Lynch, Austin, Wilson, Hill LLP | 6/6/06 |
| 27 | 44 | Recorded Deed of Trust | 6/12/06 |
| | 45 | Recorded Deed of Trust | 6/30/06 |
| 28 | 46 | Recorded Deed of Trust | 6/30/06 |

| 47 | Document entitled, "Olson Development, " | Undated |
|---|---|---|
| 48 | Document entitled, "Project Overview: Subdivision on Armstrong & Gettysburg, " | Undated |
| 49 | Handwritten diagram | Undated |
| 50 | Handwritten notes | Undated |
| 51 | Uniform Residential Loan Application | Undated |
| 52 | Guarantor Uniform Residential Loan Application | Undated |
| 53 | Notice to the Home Loan Applicant Credit Score Information Disclosure | Undated |

Plaintiffs reserve the right to make additions to this exhibit list based upon court rulings or rebuttal testimony.

Dated: April 23, 2013

PERKINS, MANN & EVERETT
Incorporated

By: /s/ Douglas Thornton
Douglas V. Thornton attorneys for
*Freddy Joe Raber, Pamela D. Raber, and Jeremy B. Raber.*